IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Susan F. Cassidy, :

        Plaintiff : Civil Action 2:12-cv-0042

v. : Judge Marbley

Bank of America, : Magistrate Judge Abel
and Keybank N.A.,

         :

        Defendants

         :

## Order Regarding Settlement Discussions

On April 18, 2013, counsel for the parties participated in a telephone conference with me regarding settlement negotiations.

The parties have negotiated a settlement in principle, but have been unable to agree to language regarding two provisions. After a frank discussion with me, the parties were unable to reach an agreement on both provisions.

While I continue to believe that there may be a compromise both can live with, the next step is either to continue with the litigation or for a party to file a motion to enforce settlement. Plaintiff's counsel said his client would likely file a motion to enforce the settlement she believes was agreed to. I asked that before she filed the motion, he provide defendants' counsel with a draft of the motion so that Bank of America and Keybank could decide whether there were any additional modifcations of the draft language they could live with.

                                                              s/Mark R. Abel
                                                             United States Magistrate Judge