# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SUSAN F. CASSIDY, | CASE NO.: 2:12-cv-00042-ALM-MRA |
| Plaintiff, | JUDGE: ALGENON MARBLEY |
| v. | MAGISTRATE: MARK R. ABEL |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

## MOTION OF DEFENDANT BANK OF AMERICA, N.A. FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED SUPPLEMENTAL COMPLAINT UNDER SEAL

Defendant Bank of America, N.A. respectfully moves the Court for leave to file its Reply in Support of Motion to Dismiss Plaintiff's Amended Supplemental Complaint under seal. The Reply references the Settlement Agreement between the parties in this case, which is confidential and disclosure of which would violate the Settlement Agreement. The prior motion to dismiss briefing has been filed under seal pursuant to prior Court Orders. Plaintiff and the co-defendants consent to this motion.

Respectfully submitted,

s/ David A. Wallace
David A. Wallace (0031356)
Karen M. Cadieux (0079240)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 (Telephone)
(614) 365-9145 (Facsimile)
wallace@carpenterlipps.com
cadieux@carpenterlipps.com
Attorneys for Defendant
Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on April 29, 2014.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Filing System.

                                            /s/ David A. Wallace
                                            One of the Attorneys for Defendant
                                            Bank of America, N.A.

384829